# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

CHARYL D. BERRIEN,      :   No. 97 MM 2019

          Respondent    :

     v.       :

ANTHONY J. PARKER,      :

          Petitioner     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of November, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.